TOWN OF ENTERPRISE ET AL., APPELLANTS, VS. THE STATE EX REL., THE ATTORNEY GENERAL, APPELLEE.

1. Where no attempt is made by appellant to show good cause for not filing a transcript of the record on the first day of the term to which the appeal is returnable, the appeal will be dismissed although the transcript may have been filed before the entry of the motion to dismiss.

Appeal from the Circuit Court for Volusia county.

The facts of the case are stated in the opinion.

*Frank W. Pope* for the motion.

*John W. Price, contra.*

MR. JUSTICE RANEY delivered the opinion of the court:

The motion to dismiss this appeal on account of the failure of appellants to file the transcript of the record on the first day of the present term, to which term it was taken, is now renewed on motion under Rule 17—4 So. Reptr., 17; 24 Fla. The transcript was not filed till thirteen days after the time appointed by the statute. No attempt is made to show " good cause " for the delay, and the appeal will consequently be dismissed. Rain vs. Thomas, 12 Fla., 493.